UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT R. ELAM,

        Plaintiff,

    v.

BRIDGESTONE FIRESTONE RETAIL OPERATIONS,

        Defendant.
_____/

No. C-11-05671 JCS

**ORDER DISMISSING AMENDED COMPLAINT WITH LEAVE TO AMEND**

        Plaintiff brings this action in pro se and filed an Application To Proceed In Forma Pauperis ("the Application"). The complaint was assigned to a United States Magistrate Judge and Plaintiff consented to the jurisdiction of the undersigned. *See* 28 U.S.C. § 636(c). In a previous order, the Court granted Plaintiff's Application on the basis that Plaintiff is indigent but dismissed the complaint pursuant to 28 U.S.C. § 1915(e)(2) on the basis that Plaintiff failed to state any cognizable claim. In particular, the Court explained that Plaintiff had not alleged that he was the member of any protected group under Title VII and that to the extent that he seeks to assert a claim under the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et seq*., the allegations in his complaint also fall short because he has not alleged any facts showing that he has a disability.

        Subsequently, Plaintiff filed an amended complaint in which he alleged that he was terminated on the basis of his disability. Aside from alleging that he was disabled, however, Plaintiff does not provide any factual allegations suggesting the nature of his alleged disability. The bare allegation that Plaintiff is disabled is insufficient to satisfy even the notice pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Therefore, the Court does not order

that the U.S. Marshal serve the amended complaint on the defendant. Instead, the Court dismisses the amended complaint with leave to amend. Plaintiff shall be permitted to file an amended complaint within thirty (30) days of the date of this order. The Clerk is instructed to close the file in this case if an amended complaint is not filed within thirty days of the date of this Order.

IT IS SO ORDERED.

DATE: May 7, 2012

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

2